1058

[No. 14889-1-III.    Division Three.    April 8, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT A. THOMAS, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 94-1-00091-2, Fred L. Stewart, J., entered May 12, 1995. *Reversed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15021-6-III.    Division Three.    April 8, 1997.]

BETTY JEAN (SMITH) NYSTROM, *as Personal Representative*, ET AL., *Appellants*, v. D. VERNON HOLBERT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-05415-5, Tari S. Eitzen, J., entered June 14, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15268-5-III.    Division Three.    April 8, 1997.]

*In the Matter of the Estate of* MAMIE ROSE OTTOMEIER.

SHARON LAWSON, ET AL., *Respondents*, v. STEVEN C. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-4-01195-4, Larry M. Kristianson, J., entered October 3, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.